ALEX PARK [SB#314829]
EQUITABLE LAW GROUP
3435 WILSHIRE BOULEVARD, SUITE 2700
LOS ANGELES, CALIFORNIA 90010
TEL: (213) 385-9999
FAX: (213) 385-3534

Attorneys for Plaintiffs,
REGJION JONES; WALTER SANDERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGJION JONES; WALTER SANDERS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE, a public entity; MAGDY SHAMOONABRAS KANACE; an individual;  and DOES 1 TO 10, <br><br> Defendants. | CASE NO. <br><br> **COMPLAINT FOR DAMAGES:** <br><br> **1. NEGLIGENCE** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Regjion Jones and Walter Sanders by and through their undersigned counsel, for the causes of action herein, allege as follows:

### JURISDICTION AND VENUE

1.   The claim as alleged in the First Cause of Action is asserted under 28 U.S.C. Section 1346(b) as the defendant is the United States Postal Service ("USPS") and the United States District Court shall have exclusive jurisdiction.

2.   The acts complained of arose in this District, and therefore venue lies in this District pursuant to

28 U.S.C. § 1402(b).

**PARTIES**

3.   Plaintiffs are and at all relevant times mentioned herein was an individual residing in the County of Los Angeles, State of California.

4.   Plaintiffs are informed and believes and thereupon alleges that defendant USPS is a public entity, organized and existing under the laws of the United Sates.

5.   Plaintiffs are informed and believes and thereupon alleges that defendant Magdy Shamoonabras Kanace ("Kanace") was, at all times material hereto, the an employee of USPS and was working for USPS at the time of the accident.

6.   Plaintiffs are ignorant of the true names and capacities of defendants sued herein as Does 1 through 10, inclusive, and therefore sue these defendants by such fictitious names. As to all defendants sued by fictitious names, Plaintiffs will give notice of this complaint and their true names and capacities when ascertained. Plaintiffs are informed and believe and thereupon allege that defendants Does 1 through 10 are responsible in some manner for the damages and injuries hereinafter alleged by Plaintiffs.

7.   Plaintiffs are informed and believe and thereupon allege that at all times herein mentioned Defendants, and each of them, were the agents, servants and employees of the other named defendants and were

acting at all times within the scope of their agency and employment and with the knowledge and consent of their principal and employer.

8.   On February 8, 2022, Plaintiffs served the USPS with a Notice of Claim through Standard Form 95.   The six month ran on August 8, 2022 but no response was received by Plaintiffs which prompted this lawsuit.

## STATEMENT OF FACTS

9.   In the evening of June 22, 2020, Plaintiffs were in a vehicle driving westbound on El Segundo Blvd., Los Angeles, when their vehicle was struck by a USPS truck driven by the other driver, Kanace, who was working for the USPS.

10.  The accident occurred as Kanace unsafely entered the traffic in causing the accident.

11.  Defendant USPS was the employer for Kanace and the owner of the truck involved in the accident.

12.  That as a result of the negligence and careless of the defendants as stated herein, Plaintiffs were injured in a sum to be proven at trial.

13.  As a direct and proximate result of the acts by Defendants, Plaintiffs incurred medical bills and further allege that further and future medical treatments and evaluations will be needed.

14.  That further that as a direct and proximate result of the acts by Defendants, Plaintiffs have been and will continue to be prevented from working in their usual occupation, and have therefore lost earnings, the

amount of which has not yet been ascertained.
Additionally, Plaintiffs earning capacity has been
diminished as a result of said injuries, in an amount
to be proven at time of trial.

**PRAYER**

WHEREFORE, Plaintiffs prays for judgment against
Defendants, as follows:

1.   General damages to be proven at trial;

2.   Property damage in the amount to be proven at
trial;

3.   Medical expenses in an amount to be proven at
trial;

4.   Loss of earnings and earning capacity to be
proven at trial;

5.   For costs of suits;

6.   For such other and further relief as the Court
deems proper.

Dated: August 8, 2022          EQUITABLE LAW GROUP

                               By: _____
                                    Alex Park
                                    Attorneys for Plaintiffs,
                                    Regjion Jones; Walter
                                    Sanders

## DEMAND FOR JURY TRIAL

Plaintiffs demand a Jury Trial

Dated: August 8, 2022                    EQUITABLE LAW GROUP

                                         By: _____
                                             Alex Park
                                         Attorneys for Plaintiffs,
                                         Regjion Jones; Walter
                                         Sanders